EDWARD P. CUTTER, Appellant, *v.* JOHN D. CUTTER, Respondent.

(Argued December 19, 1884; decided January 20, 1885.)

*James Armstrong* for appellant.

*Samuel Hand* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

JOHN PALMER, Respondent, *v.* THOMAS C. PLATT, as President, etc., Appellant.

(Submitted December 19, 1884; decided January 20, 1885.)

*B. F. Tracy* for appellant.

*David B. Hill* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

JAMES CARNEY, Respondent, *v.* JOHN B. THOMPSON, Appellant.

(Argued January 20, 1885; decided January 27, 1885.)

*Lewis Sanders* for appellant.

*James W. Perry* for respondent.

Agree to affirm; no opinion.
All concur, except DANFORTH, J., absent.
Order affirmed.